MICHAEL BAILEY
United States Attorney
District of Arizona

MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |
| 64 Firearms, | ) ) | |
| Defendants *In Rem*. | ) ) ) ) | |

Plaintiff United States of America brings this Complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Fed. R. Civ. P. Supp."):

## NATURE OF THE ACTION

1.      This is a civil action *in rem*, brought to enforce the provision of 18 U.S.C. § 924(d) for the forfeiture of any firearm involved in or used in a violation of, or a conspiracy to violate, 18 U.S.C. § 922(a)(1)(A), unlicensed firearms dealing and/or manufacturing.

2.      Venue and jurisdiction in Arizona are based upon 21 U.S.C. § 881(j), and 28 U.S.C. §§ 1355(b) and 1395 as acts and omissions occurred in the District of Arizona that give rise to this forfeiture action.  This Court has jurisdiction.  28 U.S.C. §§ 1345 and 1355, and 18 U.S.C. § 981(h).

## DEFENDANTS *IN REM*

3.  The defendants *in rem* consist of the following property:

1)  Mag Tactical Systems, LLC Unknown Receiver/Frame, CAL: Unknown, Serial Number ("SN"): MTS07648

2)  Heckler and Koch VP9 Pistol, CAL: 9, SN: 224-092574

3)  Heckler and Koch USP Pistol, CAL: Unknown, SN: 24-142927

4)  Heckler and Koch USP Pistol, CAL: Unknown, SN: 25-141853

5)  Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: 098517

6)  Smith & Wesson M&P 22 Pistol, CAL: 22, SN: HHT0308

7)  Seekins Precision SP15 Rifle, CAL: Multi, SN: 5BA12663

8)  Sig Sauer (Sig-Arms) 1911 Pistol, CAL: Multi, SN: 025810

9)  I O Inc. (Inter Ordnance) Sorter Pistol, CAL: 762, SN: S033947

10)  Spike's Tactical LLC St15 Rifle, CAL: Multi, SN: 025810

11)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168937

12)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441943

13)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17069109

14) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125463

15) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125464

16) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168949

17) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125461

18) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125460

19) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125462

20) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: NSL084630

21) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: DV018361

22) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: SCR025809

23) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49042

24) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49622

25) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS07647

26) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49623

27) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49625

28) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49624

29) Bushmaster Firearms XM15 Receiver/Frame, CAL: Multi, SN: BK1206407

30) Tennessee Arms Co. LLC TNARMS-15 Receiver/Frame, CAL: Multi, SN: 1525710143

31) Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: LT000541

32) Unknown Unknown Rifle, CAL: Unknown, SN: None, Black and Blue AR Snakeskin Rifle

33) CZ USA Unknown Rifle, CAL: Unknown, SN: B773434

34) Unknown Unknown Rifle, CAL: Unknown, SN: None, Tan and Black Snakeskin

35) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50802

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

36)   Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50783

37)   Karri's Guns (Podunk, Inc.) KG15 Rifle, CAL: Unknown, SN: 00957

38)   Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168929

39)   Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441914

40)   Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 15293773

41)   Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: 033165

42)   Spike's Tactical ST15 Rifle, CAL: Multi, SN: 025811

43)   Savage 10 Rifle, CA: 308, SN: K531512

44)   Smith & Wesson M&P Rifle, CAL: Unknown, SN: KN24663

45)   Romarm/Cugir Draco Rifle, CAL: 762, SN: DB-1036-16 RO

46)   Steyer Arms Inc Unknown Rifle, CAL: Unknown, SN: 600P000585

47)   Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441904

48)   CZ (Ceska Zbrojovka) Scorpion EVO 3 S1 Rifle, CAL: 9, SN: C002920

49)   Black Rain Ordnance Inc Fallout 15 Rifle, CAL: Multi, SN: BR018010

50)   Century Arms International AK-63D Rifle, CAL: 762, SN: 63D-PM01543

51)   Winchester 70 Rifle, CAL: 30-06, SN: G1217459

52)   American Tactical Imports – ATI Unknown Rifle, CAL: Unknown, SN: A711646

53)   Tennessee Arms Co, LLC TNARMS-15 Rifle, CAL: Multi, SN: 1428204988

54)   Ruger 10/22 Rifle, CAL: 22, SN: 825-84075

55)   Century Arms International Unknown Rifle, CAL: Unknown, SN: J002263

56)   CZ (Česká Zbrojovka) P-07 Pistol, CAL: 9, SN: C266774

57)   Stag Arms Unknown Rifle, CAL: Unknown, SN: S027634

58)   Heckler and Koch VP9 SK Pistol, CAL: 9, SN: 232003111

59)   Glock GMBH 22 Pistol, CAL: 40, SN: DYT026

60)   Mossberg Unknown Rifle, CAL: Unknown, SN: K555823

61)   Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006640

62)   Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006623

63)   Smith & Wesson M&P 15 Rifle, CAL: 556, SN: SY02804

64)   Heckler & Koch Inc. VP9 Pistol, CAL: 9, SN: 224-078437

("subject property").

4.   The subject property was seized by special agents working for the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on March 7, 2018.

5.   The subject property is currently in the custody of ATF.

## FACTS

6.   ATF agents or investigators ("investigators") began investigating Nicholas Rocco Scichilone ("Scichilone") for possibly being involved in manufacturing and selling firearms without a license.

7.   Since 2013, Scichilone has acquired at least 178 firearms from Ted's Shooting Range ("Ted's") located at 18395 S. 186th Way #106, Queen Creek, Arizona 85142.

8.   Ted's is a Federal Firearms Licensee ("FFL").

9.   Scichilone purchased 27 lower receivers from Ted's from February 2017 through February 2018.

10.   Scichilone purchased eight firearms from Ted's from February 2017 through February 2018.

11.   Scichilone has purchased at least three Barrett .50 caliber rifles from Ted's.

12.   Scichilone bought these Barrett .50 caliber rifles on October 20, 2014, May 12, 2016, and June 12, 2017.

13.   Based upon training and experience, investigators know that Barrett rifles are highly sought after by criminal organizations.

14.   Based upon training and experience, investigators know that Barrett rifles are highly sought after by drug cartels from Mexico.

15.   Barrett rifles cost between $10,000.00 and $12,000.00 on the open firearms market.

16.   According to trace reports conducted by investigators, at least two receivers Scichilone purchased were manufactured into rifles.

17.   One of these rifles was recovered in Mexico.  The second rifle was recovered from a convicted felon.

18.   On or about March 7, 2018, investigators seized an H&K VP9 9mm pistol (SN: 224-078437) and a Smith and Wesson M&P 15 rifle (SN: SY020804) from Scichilone's motor vehicle.

19.   On or about March 7, 2018, investigators seized sixty firearms at Scichilone's residence with an executed federal search warrant.

20.   The sixty seized firearms included complete rifles, pistols, and lower receivers.

21.   On or about March 22, 2018, ATF Special Agent ("SA") Patrick Sander ("Sander") went to Ted's and seized two Barrett .50 caliber rifles ("Barrett rifles").

22.   The Barrett rifles were ordered on a website known as "Grab-A-Gun."

23.   The Barrett rifles were sent to Ted's for Scichilone and Joanna Patetta Nearpass

("Nearpass") to pick up.

24.   Scichilone purchased several firearms that are sought after and trafficked for large profits on the open firearms market.

25.   Armalite ("AR") style rifles and/or pistols can be purchased as a receiver at an inexpensive price ($40.00 - $50.00).

26.   The AR style rifles and/or pistols are built up and sold for several hundred dollars, resulting in profits.

27.   The following are firearms Scichilone purchased through or from Ted's:

1)   3/17/13, American Tactical Imports, GSG 1911-22 pistol, SN: A500990

2)   4/01/13, Palmetto State Armory, PA-15 lower receiver, SN: LW073037

3)   4/24/13, Palmetto State Armory, PA-15 lower receiver, SN: LW078097

4)   5/04/13, Aero Precision Inc., X15 lower receiver, SN: USA17825

5)   5/16/13, DPMS, A-15, SN:DM26388K

6)   6/14/13, Spikes Tactical, SL15 .223, SN: SAR2821

7)   6/01/13, Spikes Tactical, SL15 .223, SN: SAR384483

8)   7/02/13, ZRTS, ZR4 .223, SN: ZR0018

9)   7/02/13, ATI, Omni lower receiver, SN: AR12710

10)   7/02/13, Bushmaster, AM15-E2S lower receiver, L091129

11)   7/02/13, ATI, Omni .223/556, SN: AR06938

12)   7/08/13, Glock, model 19 9mm, SN: VFD998

13)   9/30/13, Springfield Armory, SOCOM 16 .308, SN: 244629

14)   8/02/13, Ruger, LCP .380 pistol, SN: 371133263

15) 8/02/13, Sig Sauer, P238 .380 pistol, SN: 27A220104

16) 8/05/13, Springfield Armory, XDS .9 mm pistol, SN: XS925327

17) 8/16/13, Black Rain Ordnance, Fallout15 lower receiver, SN: BROl 8010

18) 8/23/13, FHN, PS90 5.7 caliber, SN: FN084186

19) 9/19/13, Spikes Tactical, ST15 lower receiver, SN: 41665

20) 10/08/13, Spikes Tactical, SL15 lower receiver, SN: SAR49549

21) 10/08/13, Spikes Tactical, ST15 lower receiver, SN: PD001208

22) 10/08/13, Spikes Tactical, SL15 lower receiver, SN: SAR48925

23) 10/08/13, Spikes Tactical, SL15 lower receiver, SAR48879

24) 1/12/14, Spikes Tactical, ST15 lower receiver, SN: US-00829

25) 2/11/14, E3 Firearms rifle, SN: A03195

26) 2/11/14, Spikes Tactical, Spartan lower receiver, SN: US-01023

27) 2/26/14, Anderson Manufacturing, AM-15 lower receiver, SN: 41528F13

28) 3/01/14, Anderson Manufacturing, AM-15 lower receiver, SN: 07887F14

29) 11/04/14, Heckler and Koch, USP 45 caliber pistol, SN: 25-141853

30) 4/21/14, Palmetto State Armory, PA-15 lower receiver, SN: LW142010

31) 4/27/14, Spikes Tactical, SL15 lower receiver, SN: SAR63504

32) 4/27/14, Spikes Tactical, SL15 lower receiver, SN: SAR68814

33) 4/27/14, Spikes Tactical, SL15 lower receiver, SN: SAR63060

34) 5/11/14, Tennessee Arms Company, TNARMS 15 lower receiver, SN: 1407601147

35) 5/11/14, Tennessee Arms Company, TNARMS 15 lower receiver, SN: 1407601251

36) 5/11/14, Tennessee Arms Company, TNARMS 15 lower receiver, SN: 1407701394

37) 11/03/14, Heckler and Koch, USP 9mm Pistol, SN: 24-142927

38) 7/02/14, Anderson Manufacturing, AM15 lower receiver, SN: 0714018231

39) 7/02/14, Anderson Manufacturing, AM15 lower receiver, SN: 0714022288

40) 7/02/14, Anderson Manufacturing, AM15 lower receiver, SN: 0714022270

41) 8/06/14, Palmetto State Armory, ATI GFX45 pistol, SN: GL109260

42) 8/08/14, Palmetto State Armory, PA15 rifle, SN: LW149188

43) 8/08/14, IO INC., M214 rifle 7.62x39, SN: 031780

44) 8/22/14, Springfield Armory, SOCOM II rifle .308, SN: 189806

45) 8/22/14, Heckler and Koch, USC rifle, SN: 47-013024

46) 9/12/14, Bushmaster, XM15-E2s lower receiver, SN: BK1303210

47) 9/22/14, Polish, PPS43-C 9mm pistol, SN: H10047P

48) 10/20/14, Anderson Manufacturing, AM15 lower receiver, SN: 14099188

49) 10/20/14, Anderson Manufacturing, AM15 lower receiver, SN: 14099189

50) 10/20/14, Barrett, M99 .50 caliber rifle, SN: AD001588

51) 11/03/14, Centurion, UC-9 rifle, SN: GMT04036

52) 11/10/14, DOA Arms, Ordinance One lower receiver, SN: ORD0131

53) 12/22/14, Bushmaster, XM15-E2S lower receiver, SN: BK1605625

54) 12/22/14, Bushmaster, XM15-E2S lower receiver, SN: BK1605624

55) 12/22/14, Bushmaster, XM15-E2S lower receiver, SN: BK1506631

56) 12/22/14, Bushmaster, XM15-E2S, lower receiver, BK1506620

57) 12/29/14, Spikes Tactical, ST15 lower receiver, SN: 017747

58) 2/11/15, Anderson Manufacturing, AM15 lower receiver, SN: 14162877

59) 2/11/15, FEG, AMD65 7.62 rifle, SN: CI006113

60) 2/12/15, Joe Bob Outfitters, ML-15 MOLON lower receiver, SN: KS-02880

61) 3/28/15, Anderson Manufacturing, AM15 lower receiver, SN: 15029641

62) 3/28/15, Anderson Manufacturing, AM15 lower receiver, SN: 15029640

63) 6/02/15, Seekins Precision, SP15 lower receiver, SN: SBA12663

64) 6/02/16, Taurus, PT11G2 9mm Pistol, SN: T6P67097

65) 7/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15104252

66) 7/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15104050

67) 7/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15121439

68) 7/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15121438

69) 7/20/15, Anderson Manufacturing, AM 15 lower receiver, SN: 15117692

70) 8/07/15, Anderson Manufacturing, AM15 lower receiver, SN: 15117693

71) 8/07/15, Anderson Manufacturing, AM15 lower receiver, SN: 15098413

72) 8/07/15, Anderson Manufacturing, AM15 lower receiver, SN: 15098405

73) 8/07/15, Anderson Manufacturing, AM15 lower receiver, SN: 15098426

74) 8/21/15, Spikes Tactical, The Jack lower receiver, SN: JACK00922

75) 9/24/15, Heckler and Koch, P30SK 9mm Pistol, SN: 214-004710

76) 10/09/15, Anderson Manufacturing, AM15 lower receiver, SN: 15189500

77) 10/09/15, Anderson Manufacturing, AM15 lower receiver, SN:15189499

78) 10/09/15, Anderson Manufacturing, AM15 lower receiver, SN: 15189498

79) 10/09/15, Anderson Manufacturing, AM15 lower receiver, SN:15189501

80) 11/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15176236

81) 11/20/15, Anderson Manufacturing, AM15 lower receiver, SN: 15176235

82) 5/09/16, Tennessee Arms Company, TNARMS15 lower receiver, SN: 1525710143

83) 12/18/15, Anderson Manufacturing, AM15 lower receiver, SN: 15160131

84) 12/18/15, Anderson Manufacturing, AM15 lower receiver, SN: 15160132

85) 12/18/15, Spikes Tactical, ST15 lower receiver, SN: DV003207

86) 12/18/15, Anderson Manufacturing, AR-15 lower receiver, SN: 15251002

87) 12/18/15, Anderson Manufacturing, AR-15 lower receiver, SN: 15251003

88) 1/12/16, Spikes Tactical, ST15 lower receiver, SN: PD003928

89) 1/12/16, Spikes Tactical, Spartan ST15 lower receiver, SN: NSL053560

90) 1/12/16, Spikes Tactical, Zombie ST15, Lower receiver, SN: NSL034126

91) 1/12/16, MAG Tactical Systems, MG-G4 lower receiver, SN: MTS42939

92) 1/12/16, MAG Tactical Systems, MG-G4 lower receiver, MTS42513

93) 1/29/16, Heckler and Koch, USP 45 caliber pistol, SN: 25-092929

94) 4/06/16, Heckler and Koch, VP9 9mm pistol, SN: 224-078437

95) 4/11/16, Black Rain Ordnance, FALLOUT15 rifle, SN: BR018010

96) 4/11/16, Spikes Tactical, ST15 rifle, SN: NSL033165

97) 4/11/16, Spikes Tactical, The JACK rifle, SN: JACK00922

98) 4/11/16, MAG Tactical Systems, MG-G4 rifle, SN: MTS42939

99) 4/11/16, Seekins Precision, SP15 rifle, SN: SBA12663

100) 4/29/16, Heckler and Koch, SP9 9mm pistol, SN: 224-092574

101) 5/09/16, Anderson Manufacturing, AM-15 lower receiver, SN: 15293772

102) 5/09/16, Anderson Manufacturing, AM-15 lower receiver, SN: 15293773

103) 5/09/16, Ruger, Precision rifle .308 caliber, SN: 1800-28043

104) 5/12/16, Barrett, M99 Rifle .50 caliber, SN: AD002796

105) 5/27/16, Ruger, 10/22 rifle .22 caliber, SN: 825-84075

106) 6/03/16, Palmetto State Armory, PA-15 lower receiver, SN: PI001265

107) 6/15/16, Smith and Wesson, M&P 15 rifle, SN: SY02804

108) 6/20/16, Karris Guns, KG15 lower receiver, SN: 00574

109) 6/20/16, Karris Guns, KG15 lower receiver, SN: 00957

110) 6/20/16, Karris Guns, KG15 lower receiver, SN: 00570

111) 6/20/16, Karris Guns, KG15 lower receiver, SN: 00578

112) 6/24/16, Anderson Manufacturing, AM-15 lower receiver, SN: 161333254

113) 6/24/16, Anderson Manufacturing, AM-15 lower receiver, SN: 16133264

114) 7/09/16, Walther, P22 .22 caliber pistol, SN: WA067192

115) 7/12/16, Springfield Armory, XD pistol 9mm, SN: XD800305

116) 8/11/16, Anderson Manufacturing, AM-15 lower receiver, SN: 16213413

117) 8/11/16, Anderson Manufacturing, AM-15 lower receiver, SN: 16213412

118) 7/20/16, Century Arms, RAS47 rifle 7.62 caliber, SN: RAS47035050

119) 8/14/16, Anderson Manufacturing, AM-15 lower receiver, SN: 16249169

120) 8/25/16, CZ-USA, Scorpion EVO 3SI rifle, SN: C002920

121) 8/25/16, Spikes Tactical, ST15 lower receiver, SN: SCR-025809

122) 8/25/16, Spikes Tactical, ST15 lower receiver, SN: SCR-025810

123) 9/30/16, Spikes Tactical, ST15 lower receiver, SN: NSL084630

124) 9/30/16, Spikes Tactical, ST15 lower receiver, SN: DV018361

125) 10/11/16, Century Arms, Draco Pistol 7.62 caliber, SN: DB-1036-16RO

126) 10/11/16, Kriss USA, Vector CRB .45 caliber, SN: 45C017863

127) 10/22/16, UTAS-USA, UTS15 12 gauge, SN: US12P11611

128) 1/26/17, Karri's Guns, KG15 rifle, SN: 00570

129) 1/26/17, Karri's Guns, KG15 rifle, SN: 00578

130) 1/26/17, Anderson Manufacturing, AM-15 rifle, SN: 15293772

131) 1/26/17, Anderson Manufacturing, AM-15 rifle, SN: 16249169

132) 12/13/16, Heckler and Koch, VP9 9mm pistol, SN: 224-160332

133) 12/28/16, Smith and Wesson, S&P 22 compact pistol, SN: HHT0308

134) 1/04/17, Sig Sauer, P320 9mm pistol, SN: 58B033725

135) 1/22/17, Spikes Tactical, ST15 rifle, SN: SCR-025811

136) 1/22/17, Century Arms, SK-63D rifle, SN: 63D-PM01543

137) 1/26/17, Springfield Armory, XDM 9mm pistol, SN: MG426983

138) 2/06/17, Anderson Manufacturing, AM-15 lower receiver, SN: 16441943

139) 2/06/17, Anderson Manufacturing, AM-15 lower receiver, SN: 16441924

140) 2/06/17, Anderson Manufacturing, AM-15 lower receiver, SN: 16441914

141) 2/06/17, Anderson Manufacturing, AM-15 lower receiver, SN: 16441904

142) 3/08/17, Bushmaster, XM15-E2S lower receiver, SN: BK1206407

143) 4/10/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS50783

144) 4/10/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS50802

145) 5/03/17, Spikes Tactical, ST15 lower receiver, SN: NSL098517

146) 5/22/17, Heckler and Koch, VP9 SK 9mm pistol, SN: 232-003111

147) 6/12/17, Barrett, M82A1 .50 caliber rifle, SN: AA005797

148) 7/12/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17069109

149) 7/12/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17069119

150) 7/12/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17073883

151) 7/12/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17073874

152) 7/12/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17069148

153) 10/12/17, IO INC., M214 NANO 7.62 caliber, SN: S033947

154) 10/12/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS49043

155) 10/12/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS07648

156) 10/12/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS07647

157) 10/12/17, Mag Tactical Systems, MG-G4 lower receiver, SN: MTS49042

158) 11/06/17, Spikes Tactical, Snowflake lower receiver, SN: LT000541

159) 11/06/17, STAG Arms, STAG-15 lower receiver, SN: S027634

160) 11/06/17, Spikes Tactical, ST15 lower receiver, SN: LT000544

161) 12/04/17, Anderson Manufacturing, AM-15 lower receiver, SN:

17168937

162) 12/04/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17168949

163) 12/04/17, Anderson Manufacturing, AM-15 lower receiver, SN: 17168929

164) 12/04/17, MAG Tactical Systems, MG-G4 lower receiver, SN: MTS49624

165) 12/04/17, MAG Tactical Systems, MG-G4 lower receiver, SN: MTS49625

166) 12/04/17, MAG Tactical Systems, MG-G4 lower receiver, SN: MTS49623

167) 12/04/17, MAG Tactical Systems, MG-G4 lower receiver, MTS49622

168) 12/29/17, CZ USA, P-07 9mm pistol, SN: C266774

169) 1/05/18, Heckler and Koch, USP 40 caliber pistol, SN: 22-052917

170) 1/08/18, Savage Arms, 10 BA Stealth .308 rifle, SN: K531512

171) 1/08/18, MSAR, STG-556 rifle, SN: 600-P000585

172) 1/11/18, Springfield Arms, XDM 9mm pistol, SN: MG823717

173) 2/21/18, Anderson Manufacturing, AM-15 lower receiver, SN: 17125460

174) 2/21/18, Anderson Manufacturing, AM-15 lower receiver, SN: 17125461

175) 2/21/18, Anderson Manufacturing, AM-15 lower receiver, SN: 17125462

176) 2/21/18, Anderson Manufacturing, AM-15 lower receiver, SN: 17125463

177) 2/21/18, Anderson Manufacturing, J\M-15 lower receiver, SN: 17125464

178) 2/21/18, Sig Sauer, 1911 45 caliber pistol, SN: GS92490

28.    Scichilone is associated with five traces through the ATF with Time-to-Crimes ("TTCs") for firearms recovered and traced in the United States ranging from 336 to 1,170 days.

29.     Scichilone has purchased guns from AJI Sports between 2011 and 2014.

30.     Scichilone is a former employee of the Arizona State University Police Department.

31.     Since losing that job, he has had financial problems.  Scichilone filed for bankruptcy in 2016.

32.     Scichilone's daughter, Alexis Scichilone ("Alexis"), was an employee at Ted's.

33.     The owner of Ted's has stated that Alexis was aware that Scichilone manufactured and sold at least some of the receivers.

34.     The owner of Ted's stated that Alexis knew that Scichilone also sold from his personal collection.

***Seizure of Scichilone Residence and Interview with Alexis Scichilone***

35.     On March 6, 2018, ATF Special Agent Mark Bartoszek ("SA Bartoszek") obtained a federal search warrant for 3448 East Azalea Drive, Gilbert, Arizona 85298 ("the Scichilone residence").

36.     On March 7, 2018, law enforcement personnel served the warrant at the Scichilone residence.

37.     The Phoenix Police Department ("PPD") blocked off the street to make occupants aware of the presence of police.

38.     On March 7, 2018, at approximately 8:15 a.m., investigators initiated contact with the Scichilone residence by vocalizing they were the police with a search warrant.

39. SA Bartoszek used his government-issued cell phone to call Alexis Scichilone ("Alexis").

40. Alexis came to the front door and immediately complied with SA Bartoszek's commands.

41. Investigators cleared the house and discovered no occupants other than Alexis were at the residence.

42. Investigators conducted a thorough search of the residence.

43. SA Loving and PPD Detective Fulton ("DET Fulton") interviewed Alexis at 3385 E. Bridges Boulevard, Gilbert, AZ 85298 regarding her father, Scichilone.

44. DET Fulton advised Alexis that she was not under arrest and read Alexis her Miranda Rights. Alexis stated she understood her rights.

45. Alexis stated she had moved into the Scichilone residence a few months ago after moving from Montana.

46. Alexis stated she had lived in Victor, Montana, with her mom, Melissa Terry ("Terry").

47. DET Fulton asked Alexis if Cristina Scichilone ("Cristina") was her stepmother and she stated that Cristina was her stepmother.

48. SA Loving asked Alexis if Scichilone was a police officer and she stated that Scichilone worked with the Arizona State University ("ASU") Police Department and that she believed he was fired from ASU.

49. Alexis stated Scichilone works for a Taser company.

50. SA Loving asked Alexis why she thought ATF was at the Scichilone

residence, and she responded that she assumed it was because of guns as Scichilone built a couple ARs.

51.     DET Fulton asked Alexis how many firearms she thought Scichilone purchased, and she stated Scichilone had purchased many firearms.

52.     Alexis stated Scichilone has a safe with about fifteen to twenty firearms.

53.     Alexis stated she knew Scichilone purchased firearms from Ted's.

54.     DET Fulton asked what he does with the firearms he buys, and she responded that he would buy lower receivers and would sometimes build them.

55.     DET Fulton asked Alexis what Scichilone does with the firearms after he builds them, and she stated Scichilone occasionally would sell the firearms.

56.     Alexis stated Scichilone had built firearms for family members.

57.     Alexis stated since she has been in the Scichilone residence, she knew of at least one AR that Scichilone built.

58.     DET Fulton asked Alex if Scichilone had any Barrett rifles, and she stated Scichilone had just purchased one Barrett rifle from Ted's.

59.     Alexis stated her grandmother purchased a .50 caliber from Ted's.

60.     SA Loving asked Alexis why Scichilone purchases lower receivers, and she stated Scichilone purchases lower receivers to build or to have.

61.     Alexis stated she does not know how Scichilone sold his firearms.

62.     DET Fulton asked Alexis what Cristina and Scichilone's standard of living was like, and she stated pretty high.

63.     Alexis described her mother Terry as on the "poor side" and Scichilone was

always late on child support and he owed $10,000.00 in back pay child support.

64.    DET Fulton asked if Scichilone was living beyond his means, and she stated she thought he was.

65.    SA Loving asked Alexis if she had recently had vehicle issues.

66.    Alexis stated that she had her truck worked on, the total amount to fix her truck was approximately $600.00, and her father paid for the work on her vehicle with "an AR."

67.    Alexis stated she was in her truck at the repair shop after the repairs were completed, Scichilone told Alexis to stay in her truck, a male approached Scichilone, and they discussed doing the deal in the "back."

68.    Alexis stated she heard Scichilone building what she believed was an AR about two (2) weeks ago.

69.    Alexis stated she recently asked Scichilone if he could sell ARs.

70.    Scichilone told Alexis he had to have an FFL to do that.

71.    Alexis stated Scichilone purchased firearms on www.gunbroker.com.

72.    DET Fulton asked Alexis what email Scichilone uses.

73.    Alexis stated Scichilone's email address is mtrock99@yahoo.com.

74.    SA Loving asked Alexis if she had ever seen Scichilone build a firearm. Alexis stated "kinda" and explained she has seen him adjusting pins.

75.    Alexis stated Scichilone told her he built a couple of firearms and does not know what will happen because of the recent mass shooting.

76.    Alexis stated Scichilone would say he has to build a couple of ARs because

the mass shooting happened.

77.     DET Fulton asked Alexis if Scichilone has built firearms for her family members.

78.     Alexis stated Scichilone built one for her aunt, Morgan Nearpass, and one for her aunt's boyfriend.

***Interview with Nicholas Rocco Scichilone***

79. On March 7, 2018 at approximately 9:30 a.m., SA Bartoszek and SA Sander initiated an interview with Scichilone in the parking lot of his place of employment.

80.     Investigators were greeted by Scichilone and asked if they could talk privately with him.

81.     Scichilone agreed and stated they could talk by his truck.

82.     This is the same truck observed parked at the Scichilone residence in previous days.

83.     Once Scichilone and investigators were in front of his truck, they identified themselves to him utilizing their issued credentials and badges.

84.     During the interview, SA Sander informed Scichilone that he was free to leave.

85.     Scichilone stated he was employed by the ASU Police Department, but he resigned a week ago. Scichilone stated he resigned due to his hearing loss.

86.     Scichilone stated he was able to understand the investigators clearly.

87.     Scichilone further stated he was employed by ASU for approximately ten years.

88. Scichilone stated his hearing had been deteriorating since approximately 2013 and that he was trying to get compensation through ASU.

89. Scichilone further stated he had been employed by Axon for approximately four days as a digital analyst.

90. Scichilone stated that he was well versed in building firearms.

91. Scichilone said his training consisted of going through the Colt Armorer for ARs. He stated he went to Glock Armorer school.

92. SA Sander asked Scichilone how long it would take him to build up a lower receiver.

93. Scichilone stated it would take him less than a day build up a lower receiver.

94. Scichilone stated he was a range instructor at ASU and was referred to as the "gun guy" from his colleagues.

95. SA Sander told Scichilone they wanted to question him about a firearm that was recovered, specifically an Anderson Manufacturing firearm that he purchased in 2015 and subsequently recovered in 2017.

96. Scichilone could not remember that specific firearm or whom he sold it to.

97. Scichilone stated liked collecting firearms, but in the same sentence, Scichilone stated he only sold them when he needed money or to pay his child support.

98. Scichilone stated most of the firearms are only lower receivers, and the ones he did sell, he kept a bill of sale for them.

99. Scichilone stated he made his own bill of sale to make sure the people purchasing them were residents of Arizona and not felons.

100.   Scichilone said he kept these bills of sale in his safe.

101.   Investigators asked Scichilone how many firearms he has sold over the past couple of years.

102.   Scichilone could not come up with a definitive answer.

103.   Scichilone replied that he had sold and traded a couple firearms.

104.   He stated he finds purchasers utilizing www.backpage.com.

105.   He said he used spikestacO!@yahoo.com as the email address to sell the firearms.

106.   Scichilone recalled selling a Taurus PTl 11 (which was recovered near Los Angeles, California) in front of Ted's.  Scichilone described the individual he sold it to as a black male, but did not recall other purchasers.

107.   SA Sander asked Scichilone from whom he normally purchased guns, and he stated he purchased some from Caswells Shooting Range, located in Mesa, Arizona.

108.   Scichilone also said he purchased many lower receivers from A.J.I. Sporting Goods in Apache Junction, Arizona.

109.   Scichilone mostly dealt with Ted's in the purchase of firearms.

110.   SA Sander asked Scichilone how many firearms he had purchased in the last three to four years, and he stated he purchased approximately twenty to twenty-five firearms over the past three to four years.

111.   He stated he had approximately twelve lower receivers and twenty completed rifles in his safe.

112.   Scichilone stated he did have a couple National Firearms Act ("NFA")

firearms but they were registered under a trust named The NRS Spec Ops Revocable NFA Trust.

113.   Scichilone said the NFA firearms included a short barrel rifle he used for work at ASU.

114.   Scichilone also said he had a couple of suppressors.

115.   Scichilone stated he did not have any NFA items that were not registered.

116.   SA Sander then informed Scichilone that investigators served a federal search warrant for his residence.

117.   SA Bartoszek requested from Scichilone the passcode to his safe.

118.   Scichilone provided his safe passcode to investigators.

119.   Investigators again asked Scichilone how many firearms he had purchased that included lower receivers.

120.   Scichilone stated he purchased approximately 40 firearms.

121.   Investigators confronted Scichilone and told him they have records proving that he purchased close to 200 firearms.

122.   Scichilone stated he purchased lower receivers for approximately $30.00.

123.   He explained he did not have the intention to sell them, but kept them in his safe just in case something came up.  If he needed money, he could sell them.

124.   Investigators asked Scichilone how much he sold the completed rifles after he built them up.

125.   Scichilone stated he sold one for approximately $400.00.

126.   Scichilone stated he would make $100.00 to $200.00 per rifle.

127.   He explained he sold some of the lower receivers for $50.00 and traded approximately 15 to 20 of the lower receivers for optics or other firearm components.

128.   Scichilone said that approximately two weeks ago, he traded an AR type rifle to fix his daughter's truck to an individual at Tire Pros.

129.   He said the bill to fix the truck was approximately $600.00, but then later stated it was going to be approximately $1,800.00.

130.   Scichilone and the mechanic had a conversation about firearms and they came to an agreement to trade a completed AR rifle for repairing the truck.

131.   Scichilone did not write up a bill of sale for trading the firearm.

132.   Scichilone did receive a receipt for the repair on the truck.

133.   Scichilone said he purchased many lower receivers in 2013.

134.   He stated he would put them in his safe.

135.   Scichilone said he put approximately seven lower receivers on consignment at Ted's at some point to pay for bills.

136.   SA Bartoszek asked Scichilone how he could afford to purchase the three Barrett rifles on his salary and Scichilone replied that he purchased them with his credit card.

137.   He said he bought them off www.gunbroker.com.

138.   Scichilone purchased two (2) Barrett rifles for approximately $3,400.00.

139.   He bought the third Barrett rifle for approximately $6,500.00.

140.   For the Barrett rifle Scichilone bought for $3,400.00, he sold it for $5,000.00 to make the down payment on his current house.

141. Scichilone stated he sold the other ones as well, but did not remember the selling prices.

142. In approximately 2011 or 2012, Scichilone maxed out all of his credit cards.

143. Scichilone said he had a spending problem.

144. During 2011 or 2012, his credit card balance was approximately $12,000.00.

145. When SA Sander asked about his current financial situation, Scichilone said he made approximately $60,000.00 per year at ASU.  He now makes $22.00 per hour at Axon.

146. Scichilone's wife, Cristina, makes approximately $51,000.00.

147. Scichilone said he receives $800.00 per month from the Veterans Affairs ("VA").

148. The truck payment for his black 2017 Ford F150 is $700.00 per month.

149. His 2016 Chevrolet Camaro payment is $334.00 per month, the Razor was $334.00, his mortgage was approximately $1,800.00 per month, and his child support was $500.00 per month.

150. SA Sander asked Scichilone if he had any other firearms on consignment or is currently waiting to be picked up.

151. Scichilone stated that his mother, Joanna Patetta Nearpass ("Nearpass"), has to pick up her Barrett rifle that she paid for.

152. Scichilone said that Nearpass wanted to invest in something and thought the rifle was a good way to invest her money.

153. Scichilone said that one Barrett, already paid for, is waiting at Ted's to be

picked up.

154.    SA Sander showed Scichilone ATF Form 4473 that he filled out. He said he was the one who filled the form out and verified that was his signature.

155.    SA Sander specifically showed Scichilone line 11a: "are you the actual buyer/transferee of the firearm?"

156.    Scichilone replied he was the actual buyer of all the firearms he purchased and did not acquire firearms on behalf of other individuals.

157.    He reaffirmed he did not purchase the firearms to re-sell, but to keep them and pass them down to his family.

158.    However, when SA Bartoszek confronted him on his purchasing pattern and the number of firearms he had left, Scichilone did not have an answer.

159.    SA Bartoszek asked Scichilone if anyone had ever warned him about buying and selling firearms.

160.    Scichilone stated his former ASU co-workers warned him to get a license, but he thought they were joking around. He did not take them seriously.

161.    Scichilone stated his former ASU co-workers would question his spending habits and how he could afford all the material items he had.

162.    Scichilone stated his mother had helped him out in the past. This is how he could pay for the material items.

163.    SA Bartoszek read the ATF Form 4473 to Scichilone, specifically the warning about repetitive purchasing and selling of firearms for livelihood.

164.    SA Bartoszek confronted Scichilone about his previous statements that he

would sell the firearms to pay for various items.

165.    Scichilone told investigators he would sell them when he needed the money.

166.    Scichilone spoke about the gun control issue debated among politicians.

167.    He could buy firearms for cheap. If he needed money, he could sell them back to the FFL.

168.    During that statement, Scichilone was about to say for profit, then caught himself and stated he would sell them back to the FFL.

169.    SA Sander asked Scichilone if he knew Ted's policy of doing a National Instant Criminal Background System ("NICS") background check for $10.00.

170.    Scichilone said he did know of that policy, but thought the bill of sale would cover him selling the firearms to a legal owner.

171.    He said he had a good relationship with Ted's and he expected that Ted's would not charge him for a NICS background check.

172.    Scichilone was asked about the crime gun recovery of the Taurus pistol Model PT111G2 ("Taurus"), 9mm, SN: TGP67096X.

173.    He stated that he met an unknown black male in front of Ted's.

174.    This meeting took place after Scichilone purchased the Taurus on December 18, 2015.

175.    Scichilone stated he sold the Taurus to this unknown black male and filled out a "bill of sale" for this transaction.

176.    SA Sander asked Scichilone why he would not have the male run for a background check since Scichilone was a police officer.

177.   SA Sander told Scichilone he cannot always trust people at face value when they say they are not a prohibited possessor when it comes to guns.

178.   Scichilone tried to downplay it by saying, "I don't know."

179.   Scichilone had the opportunity to ensure his firearm was not going to a prohibited possessor by running a NICS background check on the individual to whom he sold the Taurus and he chose not to do it.

180.   Because of not running a background check of this buyer, this firearm was recovered near Los Angeles, California, with a convicted felon.

181.   Scichilone had no explanation for it.

182.   SA Bartoszek asked Scichilone how many bills of sales investigators would find in his safe, and he stated there should be approximately one hundred (100) bills of sales for the firearms that he sold.

183.   Scichilone also has emails on his phone from people who bought his firearms.

184.   SA Bartoszek requested Scichilone turn his phone over to investigators under consent so that they could verify the emails.

185.   Scichilone stated he would want to talk with an attorney about that.

186.   SA Bartoszek informed Scichilone that his cell phone was listed as an item to be seized on the search warrant for his residence.

187.   Scichilone agreed to turn the phone over investigators.

188.   SA Sander asked for consent to search Scichilone's truck and Scichilone consented and signed the ATF Form 3220.11 (Consent to Search).

189.   He further stated that besides the handgun in the truck, there was an AR rifle underneath the back seat.

190.   The AR rifle and a Smith and Wesson M&P 15 bearing serial number SY02804 were later booked into evidence as item #076.

191.   SA Bartoszek searched the truck and discovered the pistol, a H&K VP9 9mm bearing serial number 224-078437, that was later booked into evidence as item #077.

192.   Underneath the rear seat, Scichilone's cell phone was seized and later booked into evidence under item #078.

193. Scichilone claimed his mother, Nearpass, purchased a Barrett rifle as an investment.

194. It just so happened that Scichilone had purchased a Barrett rifle at the same time.

195. Both Barrett rifles were suspected to be for Scichilone since he was in the business of buying/selling firearms and had sold at least three Barrett rifles in the past for profit.

196. At the end of the interview, SA Bartoszek let Scichilone call Nearpass and inform her what had happened.

197. After Scichilone's conversation ended, SA Bartoszek took possession of Scichilone's cell phone.

198.   On March 7, 2018 at approximately 11:00 a.m., SA Bartoszek and SA Sander arrived at Ted's.

*Interview with Personnel at Ted's Shooting Range*

199.   On March 7, 2018, investigators met with Amanda Kruger ("Krueger"), the store manager, and Elizabeth Robinson ("Robinson"), the owner and FFL of Ted's.

200.   Robinson stated that she has known Scichilone for many years.

201.   Robinson said Scichilone purchased guns all the time from Ted's.

202.   Both Robinson and Kruger claimed that they were not always present at the store when Scichilone had purchased guns there.

203.   Both admitted that Scichilone had also sold guns on consignment through their store as well in order to sell firearms.

204.   Robinson was surprised about the number of firearms that Scichilone had purchased in the last few years.

205.   After running a query through their computer database, Robinson said she did not realize Scichilone purchased so many (approximately 180 firearms).

206.   Robinson admitted that she was concerned about the number of guns Scichilone had bought.

207.   Robinson stated that they had warned Scichilone about "unlicensed dealing/firearms trafficking" since he had purchased so many guns.

208.   Robinson stated that she had advised Scichilone about selling firearms in the past.

209.   She said Ted's has a store policy where they will allow anyone who has arranged a firearm sale from www.backpage.com or www.gunbroker.com to meet at their store and to have the potential buyer run through the NICS background check

system for only $10.00.

210.   Robinson stated Ted's offers the service to people so that they can be sure that any potential buyer is not "prohibited," such as a felon, domestic violence, etc.

211.   Robinson and Kruger informed that Scichilone was well aware of Ted's policy, but failed to utilize the NICS background check system.

212.   Robinson provided investigators with a list of firearms that Scichilone had sold on consignment at Ted's.

213.   Scichilone sold at least 12 guns between May 20, 2013 and November 25, 2016.

***Interview with Joanna Nearpass***

214.   On or about March 22, 2018, SA Bartoszek and SA Sander spoke with Nearpass about the two Barrett rifles seized from Ted's that Scichilone claimed he and his mother purchased.

215.   Nearpass told investigators that she wanted to buy the biggest gun as an investment.

216.   She admitted that she purchased the firearm with a credit card.

217.   Nearpass stated that Scichilone was going to buy a Barrett rifle for his wife Cristina.

218.   According to Nearpass, Scichilone purchased a Barrett rifle a few days after she purchased her Barrett rifle.

219.   When investigators asked what kind of gun Nearpass purchased, she initially could not answer, but then said Barrett.

220.   Scichilone told her that it was a good deal and that gun prices are currently

1   down.

2   221.   SA Sander asked Nearpass how she could even move this weapon.

3   222.   Nearpass kept saying that she wanted the largest gun available.

4   223.   Nearpass said she did this on a whim and that it would be cool to buy.

5   224.   Nearpass claimed that she never had purchased a gun before, but through

6   the guidance of her son, she now wanted a gun.

7   225.   She said Scichilone buys guns and cannot afford to keep them.

8   226.   The invoice from Grab-A-Gun showed that Nearpass used Scichilone's

9   account on Grab-A-Gun in order to make the purchase.

10

11   227.   The guns were purchased within twenty-four (24) hours of each other.

12   228.   Nearpass admitted that she paid approximately $6,900.00.

13   229.   The only reason she purchased the gun was to keep it inside of her safe.

14   230.   Nearpass purchased this firearm for Scichilone, who would then sell it for

15   profit as he has done several times in the past.

16   231.   Scichilone has sold at least three Barrett rifles over the last few years for

17   profit.

18   ***Interview with Michael Morrow***

19   232.   On June 18, 2018, SA Sander spoke with Michael Morrow ("Morrow") over the

20   telephone.

21

22   233.   Morrow was asked if he had purchased five lower AR-15 style receivers from

23   Scichilone.

24   234.   Morrow stated that he remembered the man's first name was Nick but could not

remember his last name.

235.   Morrow stated that Scichilone was a police officer and that he actually had sold him at least five lower AR-15 receivers.

236.   SA Sander asked if he recalled purchasing the five lower receivers on or about February 23, 2016, and Morrow stated that he did and paid about $75.00 for each receiver.

237.   Morrow stated that Scichilone had sold him these lower receivers only and they were not built up into firearms.

238.   Morrow stated that they did another transaction after that in which he purchased at least two more receivers from Scichilone.

*Analysis of Bills of Sale*

239.   On June 18, 2018, SA Sander analyzed some bills of sale recovered from the search warrant of the Scichilone residence on March 7, 2018.

240.   These bills of sale were for firearms Scichilone had sold to some of his customers.

241.   Scichilone in many cases barely had the firearms a month before selling them, indicating that his intention all along was to sell them for profit to make some money.

242.   Unlicensed firearms dealers such as Scichilone know that low cost AR type receivers can be built up into pistols and/or rifles for large profits.

243.   Scichilone engaged in the business of dealing without a license for several years, as these sales indicate.

244.   Scichilone self-admitted to manufacturing firearms without a federal firearms license (AR-15 style rifles) which he would then sell for profit.

245. Scichilone used these profits for bills, down payment for his house, expensive luxury vehicles, etc.

246. One bill of sale was for a Barrett rifle .50 caliber, SN: AA005797, which was sold on July 22, 2017 by Scichilone for $10,000.00 to Francisco Eduardo Santana-Lopez ("Santana-Lopez").

247. Scichilone purchased the rifle from Ted's on June 12, 2017.

248. Scichilone told SA Bartoszek and SA Sander on March 7, 2018 that he had purchased this Barrett rifle for approximately $6,500.00, which would result in a profit for Scichilone of about $3,500.00 for this one weapon.

249. Another bill of sale for a Barrett M99 .50 caliber rifle, SN: A002796, was sold on September 20, 2016 to a Kasey Coller for $3,900.00 in cash, along with a DPMS .308 rifle valued at least $1,000.00, for a total of $4,900.00.

250. Scichilone purchased the Barrett M99 .50 caliber rifle on May 12, 2016 from Ted's. Ted's estimated that Scichilone purchased this firearm originally for about $3,335.00, which would be an estimated profit to Scichilone of $1,565.00.

***Interview with Francisco Eduardo Santana-Lopez***

251. In July 2018, SA Sander was contacted by investigators in Tucson, Arizona.

252. Investigators stated Santana-Lopez and Jose Urbina ("Urbina") each purchased a Barrett .50 caliber rifle from Scichilone in May or June of 2017.

253. On or about June 13, 2018, Santana-Lopez was detained at the Nogales, Arizona, port of entry by Homeland Security Investigations.

254. On this date, investigators interviewed Santana-Lopez at the port of entry.

255. Santana-Lopez believed that this gun was bound for Mexico for possibly a criminal organization/drug trafficking organization.

256. Santana-Lopez stated that his father, Fernando Santana, met an individual in Mexico.

257. Santana-Lopez' father asked him to pick up ammunition in the U.S. and then bring it back into Mexico.

258. Santana-Lopez stated that his father was being threatened by an organization in Mexico.

259. Santana-Lopez stated that he had been in contact with a U.S. detective about a Barrett .50 caliber rifle he purchased from Scichilone.

260. Santana-Lopez stated that he purchased this rifle for a man named "Pocho" who was later positively identified as Urbina from Mexico.

***Telephonic Interview with John Hurd***

261. On May 14, 2019, SA Sander spoke with John Hurd ("Hurd") about a firearm he had purchased from Scichilone.

262. Hurd stated that he remembered purchasing a PS90 rifle, 5.7mm, SN: 381SNFN084186 for $2,250.00 from Scichilone.

263. Hurd stated he remembered Scichilone being a police officer and that it was conveyed Scichilone needed money because of a divorce.

264. Hurd stated that Scichilone told him he had other guns for sale.

265. Hurd stated that he found an advertisement online for Scichilone's firearm at www.backpage.com.

*Telephonic Interview with John Huynh*

266.   On May 14, 2019, SA Sander spoke with John Huynh ("Huynh") regarding gun purchases from Scichilone.

267.   Huynh stated that in March 2016 he purchased a Springfield Socom rifle, 7.62/.308 caliber SN: 189905 and a Century Arms Uzi pistol, 9mm, SN: GBT04036 for $2,650.00 for both firearms.

268.   Huynh stated that he remembered Scichilone telling him he was a police officer and that he was selling his firearms because of a divorce.

269.   Scichilone told Huynh that Scichilone had two additional AR-style rifles for sale as well.   Huynh stated that he met Scichilone through a www.backpage.com advertisement online, which is how he found the firearm.

*Telephonic Interview with Harry Thornburg*

270.   On May 14, 2019, SA Sander spoke to Harry Thornburg ("Thornburg") about a firearm he had previously purchased from Scichilone.

271.   Thornburg remembered the sale, which was for a Spikes Tactical rifle caliber multi, SN: SAR68814 for $825.00.

272.   Thornburg stated Scichilone told him he was going through a divorce, which is why he needed money.

273.   Thornburg stated Scichilone told Thornburg he was so far behind paying his child support that he thought he might be arrested by his own agency.

274.   Thornburg stated that Scichilone told him he had a large number of guns, between 50-100, for sale.

275.   Thornburg stated that he found an advertisement online www.backpage.com that listed Scichilone's gun for sale.

### FIRST CLAIM FOR RELIEF

Based on the aforementioned facts and circumstances, the defendant property are firearms involved in or used in a violation of, or a conspiracy to violate, 18 U.S.C. § 922(a)(1)(A), unlicensed firearms dealing and/or manufacturing, and therefore are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d).

### NOTICE TO ANY POTENTIAL CLAIMANT

If you assert an interest in the subject property and want to contest the forfeiture, you must file a verified claim that fulfills the requirements set forth in Supplemental Rule G. To avoid entry of default, a verified claim must be filed no later than thirty-five days from the date this Complaint has been sent in accordance with Supplemental Rule G(4)(b).

An answer or motion filed under Fed. R. Civ. P. 12 also must be filed no later than twenty-one days after filing the claim. The claim and answer must be filed in the United States District Court for the District of Arizona under the case number listed in the caption above and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this Complaint.

This notice provision does not provide you with any legal advice and is designed only to provide you with a general understanding of these proceedings. Any statements made in your claim or answer may be introduced as evidence against you in any related or future criminal case. You should consult an attorney to represent your interests in this matter, and note that a stay of proceedings may be available under 18 U.S.C. § 981(g)(2).

IF YOU ARE A VICTIM, and have sustained economic loss as a result of the crime(s)

giving rise to this civil action, you may be entitled to petition for remission, mitigation, or restoration under Title 28, Code of Federal Regulations ("C.F.R."), section 9.2. In lieu of filing a Claim with the Court, you may promptly submit a letter outlining your interest in the property to the undersigned Assistant United States Attorney. Plaintiff will notify you when it has received your letter, and further instructions may be provided upon conclusion of this action. The United States Attorney General shall have sole responsibility for disposing of petitions for remission or mitigation with respect to property involved in a judicial forfeiture proceeding under 18 U.S.C. § 981(d) and 21 U.S.C. § 881(d). If your status as a victim is contested, timely receipt of your letter will not shield you from entry of default for failing to file a proper claim with the Court.

IF YOU ARE A LIENHOLDER, it is the policy of the United States Attorney's Office to honor all claims received from legitimate titled lienholders as defined under 28 C.F.R. § 9.2. In lieu of filing a claim with the Court, you may send a letter to the undersigned Assistant United States Attorney outlining your interest in the property, including: (1) the amount presently owed on the lien; (2) a copy of the security agreement setting forth your interest; and, (3) whether the owner is in default. If your lien is sufficient, Plaintiff will notify you to verify receipt of your letter. In the event of forfeiture, and to the extent practicable, proceeds from the sale and disposition of the subject property will be remitted to you in satisfaction of the lien. As noted above, timely receipt of your letter will not shield you from entry of default for failing to file a proper claim with the Court.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that process of warrant *in rem* issue

1    for the arrest of the Defendant Property; that due notice be given to all parties to appear and show

2    cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant

3    Property be forfeited to the United States of America for disposition according to law; and that the

4    United States of America be granted such other and further relief as this Court may deem just and

5    proper, together with the costs and disbursements of this action.

6         DATED this 7th day of June, 2019.

7                                MICHAEL BAILEY
                                 United States Attorney
8                                District of Arizona

9
                                 By: *s/ Mark J. Wenker*
10                                   MARK J. WENKER
11                                   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

State of Arizona            )
                           )        VERIFICATION
County of Maricopa          )
_____ )

COMES NOW, before this honorable court, Patrick Sander, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and pursuant to the provisions of 28 U.S.C. § 1746, respectfully, to submit this Verification in support of the foregoing Verified Complaint for Forfeiture *In Rem*.

Based upon reports and information known to me and/or furnished to me by other law enforcement agents and government representatives, I declare under penalty of perjury that the foregoing Verified Complaint for Forfeiture *In Rem* is true and correct.

EXECUTED this __7Th__ day of June, 2019.

Patrick Sander
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff   Maricopa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mark J. Wenker, Assistant U.S. Attorney
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004; (602) 514-7500

## DEFENDANTS

64 Firearms

County of Residence of First Listed Defendant   Maricopa
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
       Plaintiff

☐ 2   U.S. Government
       Defendant

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☒ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | **PERSONAL INJURY** | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 367 Health Care/ | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | Pharmaceutical | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Personal Injury | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Product Liability | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 368 Asbestos Personal | | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | Injury Product | **LABOR** | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Liability | ☐ 710 Fair Labor Standards | Protection Act |
| ☐ 190 Other Contract | Product Liability | **PERSONAL PROPERTY** | Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 371 Truth in Lending | Relations | Exchange |
| | ☐ 362 Personal Injury - | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Property Damage | ☐ 751 Family and Medical | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage | Leave Act | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Product Liability | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | Income Security Act | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 463 Alien Detainee | | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 510 Motions to Vacate | **FEDERAL TAX SUITS** | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | Sentence | ☐ 870 Taxes (U.S. Plaintiff | Agency Decision |
| | Employment | ☐ 530 General | or Defendant) | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party | State Statutes |
| | Other | **Other:** | 26 USC 7609 | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | **IMMIGRATION** | |
| | | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | |
| | | ☐ 560 Civil Detainee - | ☐ 465 Other Immigration | |
| | | Conditions of | Actions | |
| | | Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
       Proceeding

☐ 2   Removed from
       State Court

☐ 3   Remanded from
       Appellate Court

☐ 4   Reinstated or
       Reopened

☐ 5   Transferred from
       Another District
       *(specify)*

☐ 6   Multidistrict
       Litigation -
       Transfer

☐ 8   Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 USC 924(d) and 18 USC 922(a)(1)(A)
Brief description of cause:
Unlicensed firearms dealing and/or manufacturing

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____   DOCKET NUMBER _____

DATE
06/07/2019

SIGNATURE OF ATTORNEY OF RECORD
S/ Mark J. Wenker

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 02/19)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.