*Warrant on lien issued 6/11/19 ks*

MICHAEL BAILEY
United States Attorney
District of Arizona

MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>64 Firearms,<br><br>Defendants *In Rem*. | CV-19-04403-PHX-SMB<br><br>**WARRANT FOR ARREST *IN REM*** |

TO THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES:

A Complaint having been filed in this action, you are hereby commanded to arrest the following defendants:

1) Mag Tactical Systems, LLC Unknown Receiver/Frame, CAL: Unknown, Serial Number ("SN"): MTS07648

2) Heckler and Koch VP9 Pistol, CAL: 9, SN: 224-092574

3) Heckler and Koch USP Pistol, CAL: Unknown, SN: 24-142927

4) Heckler and Koch USP Pistol, CAL: Unknown, SN: 25-141853

5) Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: 098517

6) Smith & Wesson M&P 22 Pistol, CAL: 22, SN: HHT0308

7) Seekins Precision SP15 Rifle, CAL: Multi, SN: 5BA12663

8) Sig Sauer (Sig-Arms) 1911 Pistol, CAL: Multi, SN: 025810

9) I O Inc. (Inter Ordnance) Sorter Pistol, CAL: 762, SN: S033947

10) Spike's Tactical LLC St15 Rifle, CAL: Multi, SN: 025810

11) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168937

12) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441943

13) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17069109

14) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125463

15) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125464

16) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168949

17) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125461

18) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125460

19) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125462

20) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: NSL084630

21) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: DV018361

22) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: SCR025809

23) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49042

24) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49622

25) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS07647

26) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49623

27) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49625

28) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49624

29) Bushmaster Firearms XM15 Receiver/Frame, CAL: Multi, SN: BK1206407

30) Tennessee Arms Co. LLC TNARMS-15 Receiver/Frame, CAL: Multi, SN: 1525710143

31) Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: LT000541

32) Unknown Unknown Rifle, CAL: Unknown, SN: None, Black and Blue AR Snakeskin Rifle

33) CZ USA Unknown Rifle, CAL: Unknown, SN: B773434
34) Unknown Unknown Rifle, CAL: Unknown, SN: None, Tan and Black Snakeskin
35) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50802
36) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50783
37) Karri's Guns (Podunk, Inc.) KG15 Rifle, CAL: Unknown, SN: 00957
38) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168929
39) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441914
40) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 15293773
41) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: 033165
42) Spike's Tactical ST15 Rifle, CAL: Multi, SN: 025811
43) Savage 10 Rifle, CA: 308, SN: K531512
44) Smith & Wesson M&P Rifle, CAL: Unknown, SN: KN24663
45) Romarm/Cugir Draco Rifle, CAL: 762, SN: DB-1036-16 RO
46) Steyer Arms Inc Unknown Rifle, CAL: Unknown, SN: 600P000585
47) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441904
48) CZ (Ceska Zbrojovka) Scorpion EVO 3 S1 Rifle, CAL: 9, SN: C002920
49) Black Rain Ordnance Inc Fallout 15 Rifle, CAL: Multi, SN: BR018010
50) Century Arms International AK-63D Rifle, CAL: 762, SN: 63D-PM01543
51) Winchester 70 Rifle, CAL: 30-06, SN: G1217459
52) American Tactical Imports – ATI Unknown Rifle, CAL: Unknown, SN: A711646
53) Tennessee Arms Co, LLC TNARMS-15 Rifle, CAL: Multi, SN: 1428204988
54) Ruger 10/22 Rifle, CAL: 22, SN: 825-84075
55) Century Arms International Unknown Rifle, CAL: Unknown, SN: J002263
56) CZ (Česká Zbrojovka) P-07 Pistol, CAL: 9, SN: C266774

57) Stag Arms Unknown Rifle, CAL: Unknown, SN: S027634

58) Heckler and Koch VP9 SK Pistol, CAL: 9, SN: 232003111

59) Glock GMBH 22 Pistol, CAL: 40, SN: DYT026

60) Mossberg Unknown Rifle, CAL: Unknown, SN: K555823

61) Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006640

62) Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006623

63) Smith & Wesson M&P 15 Rifle, CAL: 556, SN: SY02804

64) Heckler & Koch Inc. VP9 Pistol, CAL: 9, SN: 224-078437

and detain said defendants in your custody until further Order of this Court.

You are ordered to file with the Court, promptly after execution, this Warrant with your return hereon.

DATED this 11th day of June, 2019.

BRIAN D. KARTH
United States District Court
District of Arizona

By: _____
Deputy Clerk