MICHAEL BAILEY
United States Attorney
District of Arizona

MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV-19-04403-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ARREST** |
| 64 Firearms, | |
| Defendants *In Rem*. | |

IN OBEDIENCE to a Warrant for Arrest In Rem on 06/11/19, I seized and took into my possession the above described defendants for the causes set forth in the verified Complaint now pending in the United States District Court for the District of Arizona at Phoenix.

DATED: 06/12/19

Bureau of Alcohol, Tobacco, Firearms and Explosives

By: [signature]