# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>64 Firearms,<br><br>　　　　　Defendant. | NO. CV-19-04403-PHX-SMB<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is entered regarding the interests of Nicholas Scichilone, Joanna Nearpass, and all others in defendant 64 Firearms named in the Government's Verified Complaint for Forfeiture In Rem.

DEFAULT ENTERED this 1st day of August, 2019.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 1, 2019

　　　　　　　　　　　　　　　　　　s/ R. Vasquez
　　　　　　　　　　　　　　By　　　Deputy Clerk