# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-19-04403-PHX-SMB |
| Plaintiff, | **DEFAULT JUDGMENT OF FORFEITURE** |
| v. | |
| 64 Firearms, | |
| Defendant. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and good cause appearing, Plaintiff's Motion for Default Judgment of Forfeiture (Doc. 10) is granted and a default judgment is entered against defendant 64 Firearms, more specifically described as:

1) Mag Tactical Systems, LLC Unknown Receiver/Frame, CAL: Unknown, Serial Number ("SN"): MTS07648

2) Heckler and Koch VP9 Pistol, CAL: 9, SN: 224-092574

3) Heckler and Koch USP Pistol, CAL: Unknown, SN: 24-142927

4) Heckler and Koch USP Pistol, CAL: Unknown, SN: 25-141853

5) Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: 098517

6) Smith & Wesson M&P 22 Pistol, CAL: 22, SN: HHT0308

7)   Seekins Precision SP15 Rifle, CAL: Multi, SN: 5BA12663

8)   Sig Sauer (Sig-Arms) 1911 Pistol, CAL: Multi, SN: 025810

9)   I O Inc. (Inter Ordnance) Sorter Pistol, CAL: 762, SN: S033947

10)  Spike's Tactical LLC St15 Rifle, CAL: Multi, SN: 025810

11)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168937

12)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441943

13)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17069109

14)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125463

15)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125464

16)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168949

17)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125461

18)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125460

19)  Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17125462

20)  Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: NSL084630

21)  Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: DV018361

22)  Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: SCR025809

23)  Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49042

24)  Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49622

25)  Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS07647

26) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49623

27) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49625

28) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS49624

29) Bushmaster Firearms XM15 Receiver/Frame, CAL: Multi, SN: BK1206407

30) Tennessee Arms Co. LLC TNARMS-15 Receiver/Frame, CAL: Multi, SN: 1525710143

31) Spike's Tactical LLC ST15 Receiver/Frame, CAL: Multi, SN: LT000541

32) Unknown Unknown Rifle, CAL: Unknown, SN: None, Black and Blue AR Snakeskin Rifle

33) CZ USA Unknown Rifle, CAL: Unknown, SN: B773434

34) Unknown Unknown Rifle, CAL: Unknown, SN: None, Tan and Black Snakeskin

35) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50802

36) Mag Tactical Systems, LLC MG-G4 Rifle, CAL: Multi, SN: MTS50783

37) Karri's Guns (Podunk, Inc.) KG15 Rifle, CAL: Unknown, SN: 00957

38) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 17168929

39) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441914

40) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 15293773

41) Spike's Tactical LLC ST15 Rifle, CAL: Multi, SN: 033165

42) Spike's Tactical ST15 Rifle, CAL: Multi, SN: 025811

43) Savage 10 Rifle, CA: 308, SN: K531512

44) Smith & Wesson M&P Rifle, CAL: Unknown, SN: KN24663

45) Romarm/Cugir Draco Rifle, CAL: 762, SN: DB-1036-16 RO

46) Steyer Arms Inc Unknown Rifle, CAL: Unknown, SN: 600P000585

47) Anderson Manufacturing AM-15 Rifle, CAL: Multi, SN: 16441904

48) CZ (Ceska Zbrojovka) Scorpion EVO 3 S1 Rifle, CAL: 9, SN: C002920

49) Black Rain Ordnance Inc Fallout 15 Rifle, CAL: Multi, SN: BR018010

50) Century Arms International AK-63D Rifle, CAL: 762, SN: 63D-PM01543

51) Winchester 70 Rifle, CAL: 30-06, SN: G1217459

52) American Tactical Imports – ATI Unknown Rifle, CAL: Unknown, SN: A711646

53) Tennessee Arms Co, LLC TNARMS-15 Rifle, CAL: Multi, SN: 1428204988

54) Ruger 10/22 Rifle, CAL: 22, SN: 825-84075

55) Century Arms International Unknown Rifle, CAL: Unknown, SN: J002263

56) CZ (Česká Zbrojovka) P-07 Pistol, CAL: 9, SN: C266774

57) Stag Arms Unknown Rifle, CAL: Unknown, SN: S027634

58) Heckler and Koch VP9 SK Pistol, CAL: 9, SN: 232003111

59) Glock GMBH 22 Pistol, CAL: 40, SN: DYT026

60) Mossberg Unknown Rifle, CAL: Unknown, SN: K555823

61)   Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006640

62)   Barrett Firearms MFG Co 82A1 Rifle, CAL: 50 BMG, SN: AA006623

63)   Smith & Wesson M&P 15 Rifle, CAL: 556, SN: SY02804

64)   Heckler & Koch Inc. VP9 Pistol, CAL: 9, SN: 224-078437

(the "defendant property"), and the interests of Nicholas Scichilone, Joanna Nearpass, and any party in the defendant property is forfeited to the United States of America.

   **IT IS FURTHER ORDERED** that the defendant property be disposed of according to law.

   Dated this 12th day of August, 2019.


_____
Honorable Susan M. Brnovich
United States District Judge